IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESLIE PAUL HOWARTH,                  :
       Plaintiff            :
        v.                    : Civil Action No. 05-22J
SHEETZ                                :
       Defendant            :

LESLIE PAUL HOWARTH,                  :
       Plaintiff            :
        v.                    : Civil Action No. 05-170J
SHEETZ #8,                            :
       Defendant            :

LESLIE PAUL HOWARTH,                  :
       Plaintiff            :
        v.                    : Civil Action No. 05-171J
SHEETZ #7,                            :

       Defendant            :
LESLIE PAUL HOWARTH,                  :
       Plaintiff            :
        v.                    : Civil Action No. 05-172J
SHEETZ #34,                           :
       Defendant            :

LESLIE PAUL HOWARTH,                  :
       Plaintiff            :
        v.                    : Civil Action No. 05-173J
SHEETZ #86,                           :
       Defendant            :

LESLIE PAUL HOWARTH,                  :
       Plaintiff            :
        v.                    : Civil Action No. 05-174J
SHEETZ FINANCIAL BUILDING,            :
       Defendant            :

LESLIE PAUL HOWARTH,                  :
       Plaintiff            :
        v.                    : Civil Action No. 05-175J
SHEETZ #227,                          :
       Defendant            :

LESLIE PAUL HOWARTH,                  :
       Plaintiff            :
        v.                    : Civil Action No. 05-176J
SHEETZ CORPORATE OFFICE,              :
       Defendant            :

MEMORANDUM ORDER

These matters were referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on November 8, 2005, docket no. 17 at C.A. No. 05-22J; docket no. 9 at C.A. No. 05-170J, C.A. No. 05-171J, C.A. No. 05-172J, C.A. No. 05-173J, and C.A. No. 05-175J; and docket no. 10 at C.A. No. 05-174J and 05-176J).  The Report and Recommendation recommended that the defendant's motions for judgment on the pleading or to dismiss, docket no. 15 at C.A. No. 05-22J; docket no. 7 at C.A. No. 05-170J, C.A. No. 05-171J, C.A. No. 05-172J, C.A. No. 05-173J, and C.A. No. 05-175J; and docket no. 8 at C.A. No. 05-174J and 05-176J, be granted.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation.  No objections have been filed, and the time to do so has expired.

After review of the record of this matter together with the Report and Recommendation, and noting the lack of timely objections thereto, the following order is entered:

AND NOW, this 21st day of November, 2005, it is

ORDERED that the defendant's motions for judgment on the pleadings or to dismiss, are granted.  The Report and Recommendation is adopted as the opinion of the Court.  The Clerk shall mark these matters closed.

BY THE COURT:

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

cc:

Leslie Paul Howarth, Ph.D.
211 Bentwood Avenue
Johnstown, PA 15904-1333

David B. Consiglio, Esquire
720 South Atherton Street
State College, PA 16801

3